Kenneth R. Graham, SBN 216733
Nicole R. Henderson, SBN 283434
LAW OFFICES OF KENNETH R. GRAHAM
1575 Treat Blvd., Suite 105
Walnut Creek, CA 94598
Phone: (925) 932-0170
Fax: (925) 932-3940
Email: kg@elaws.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA REYES-AGUILAR AND EDWARD AGUILAR, individuals,<br>     Plaintiffs,<br>     vs.<br>BANK OF AMERICA, N.A. (A.K.A BAC Home Loans Servicing, LP), a Corporation; and DOES 1 through 50, inclusive,<br>     Defendants. | Case No. 12-CV-3100 SC<br><br>**NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE;** [~~PROPOSED~~] **ORDER** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NOTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that, pursuant to <u>Federal Rules of Civil Procedure</u>, Rule 41(a), plaintiffs Tricia Reyes-Aguilar and Edward Aguilar, hereby dismiss their action, in its entirety, without prejudice.

Dated: December 21, 2012                    Law Offices of Kenneth R. Graham

                                            By: /s/ Nicole R. Henderson
                                                NICOLE R. HENDERSON
                                                Attorneys for Plaintiffs

IT IS SO ORDERED
Judge Samuel Conti
1/2/13

---
1
REQUEST FOR DISMISSAL

Kenneth R. Graham, SBN 216733
Nicole R. Henderson, SBN 283434
LAW OFFICES OF KENNETH R. GRAHAM
1575 Treat Blvd., Suite 105
Walnut Creek, CA 94598
Phone: (925) 932-0170
Fax: (925) 932-3940
Email: kg@elaws.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA REYES-AGUILAR and EDWARD AGUILAR, individuals,<br><br>Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, N.A. (A.K.A.BAC Home Loans Servicing, LP), a Corporation; and Does 1-50, inclusive,<br><br>Defendants. | Case No.: CV 12-03100 SC<br><br>**PROOF OF SERVICE** |

   I, the undersigned, am employed in the County of Contra Costa.  I am over the age of 18 years.  My business address is 1575 Treat Blvd., Suite 105, Walnut Creek, CA 94598.

   On December 28, 2012, I caused to be served on the interested parties in said action the within:

   **NOTICE OF DISMISSAL OF ENTIRE ACTION**

On each interested parties as follows:

   **Lauren B. Loftis**
   **McGuireWoods LLP**
   Fifth Third Center
   201 North Tyron Street, Suite 3000
   Charlotte, NC 28202

       **[ X] BY MAIL** – I  am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the

---
1

PROOF OF SERVICE

1  U.S. Postal Service on that same day with postage thereon fully prepaid at Walnut Creek, California in the ordinary course of business.

      **[ ] BY ELECTRONIC SERVICE -** I caused a true copy of the foregoing documents to be served by electronic transmission to each interested party shown through the northern California District Court's ECF website.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on December 28, 2012 at Walnut Creek, California.

                               */s/ Pamela S. Perez*
                               Pamela S. Perez
                               Law Offices of Kenneth R. Graham