Kenneth R. Graham, SBN 216733
Nicole R. Henderson, SBN 283434
LAW OFFICES OF KENNETH R. GRAHAM
1575 Treat Blvd., Suite 105
Walnut Creek, CA 94598
Phone: (925) 932-0170
Fax: (925) 932-3940
Email: kg@elaws.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA REYES-AGUILAR AND EDWARD AGUILAR, individuals,<br>　　　　Plaintiffs,<br>　　vs.<br>BANK OF AMERICA, N.A. (A.K.A BAC Home Loans Servicing, LP), a Corporation; and DOES 1 through 50, inclusive,<br>　　　　Defendants. | Case No. 12-CV-3100 SC<br><br>**NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE; [PROPOSED] ORDER** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NOTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure, Rule 41(a), plaintiffs Tricia Reyes-Aguilar and Edward Aguilar, hereby dismiss their action, in its entirety, without prejudice.

Dated: December 21, 2012　　　　　　　　Law Offices of Kenneth R. Graham


　　　　　　　　　　　　　　　　　　　　By: /s/ Nicole R. Henderson
　　　　　　　　　　　　　　　　　　　　　　NICOLE R. HENDERSON
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

IT IS SO ORDERED
Judge Samuel Conti
1/2/13

1
REQUEST FOR DISMISSAL

Kenneth R. Graham, SBN 216733
Nicole R. Henderson, SBN 283434
LAW OFFICES OF KENNETH R. GRAHAM
1575 Treat Blvd., Suite 105
Walnut Creek, CA 94598
Phone: (925) 932-0170
Fax: (925) 932-3940
Email: kg@elaws.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA REYES-AGUILAR and EDWARD AGUILAR, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A. (A.K.A.BAC Home Loans Servicing, LP), a Corporation; and Does 1-50, inclusive,<br><br>Defendants. | Case No.: CV 12-03100 SC<br><br>**PROOF OF SERVICE** |

I, the undersigned, am employed in the County of Contra Costa.  I am over the age of 18 years.  My business address is 1575 Treat Blvd., Suite 105, Walnut Creek, CA 94598.

On December 28, 2012, I caused to be served on the interested parties in said action the within:

**NOTICE OF DISMISSAL OF ENTIRE ACTION**

On each interested parties as follows:

**Lauren B. Loftis**
**McGuireWoods LLP**
Fifth Third Center
201 North Tyron Street, Suite 3000
Charlotte, NC 28202

[ X] BY MAIL – I  am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the

1  U.S. Postal Service on that same day with postage thereon fully prepaid at Walnut Creek, California in the ordinary course of business.

2

3        **[ ] BY ELECTRONIC SERVICE -** I caused a true copy of the foregoing documents to be served by electronic transmission to each interested party shown through the northern California District Court's ECF website.

4

5     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

6     Executed on December 28, 2012 at Walnut Creek, California.

7

8                          */s/ Pamela S. Perez*
9                          Pamela S. Perez
                        Law Offices of Kenneth R. Graham

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28